**Richard COLEMAN, Plaintiff-Appellant,**

v.

**STATE OF NORTH CAROLINA, and its Agents; Elaine Bushfan, in their official capacity; Jennifer Green, in their official capacity; M. P. Eagles, in their official capacity; Donald Stephens, in their official capacity; Gregory P. McGuire, in their official capacity; Nancy Freeman, in their official capacity; John H. Connell, in their official capacity; Kay Silver, a/k/a Kay Shannon, a/k/a Silver, a/k/a Kay S. Coleman, a/k/a Kay Shannon Atkinson, a/k/a Kay Shannon Anthony, a/k/a K. S. Atkinson, in their official capacity, Defendants-Appellees.**

No. 16-1789

United States Court of Appeals, Fourth Circuit.

Submitted: November 29, 2016

Decided: December 8, 2016

---

* Rooker v. Fid. Trust Co., 263 U.S. 413, 44 S.Ct. 149, 68 L.Ed. 362 (1923); D.C. Ct. of App. v. Feldman, 460 U.S. 462, 103 S.Ct. 1303, 75 L.Ed.2d 206 (1983).

Richard Coleman, Appellant Pro Se.

Before TRAXLER, KING, and DUNCAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Coleman appeals the district court's order and judgment accepting the recommendation of the magistrate judge and dismissing his complaint as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Coleman v. North Carolina, No. 2:15–cv–00035–D, 2016 WL 3640614 (E.D.N.C. June 29, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED